FILED
CLERK, U.S. DISTRICT COURT

11/16/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MK\_\_\_\_\_ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON JAMES HURNDON,<br><br>Defendant. | Case No. CR 03-988-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 15, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender Nadine Hettle.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained..

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Allegations in petition which include leaving the district without permission, sustaining convictions for possession of a firearm and a narcotic controlled substance, and associating with other felons while on supervised release.

☒ Lack of information regarding family and economic ties, residency, employment, and background information

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history

☒ allegations in the violation petition which include arrests and convictions while on supervised release

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 16, 2016

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE